No. 90–123. WILSON ET VIR *v.* DARROW ET AL. Ct. App. Ky. Certiorari denied.

No. 90–124. HYDE ATHLETIC INDUSTRIES, INC., ET AL. *v.* BADALAMENTI. C. A. Fed. Cir. Certiorari denied.

No. 90–126. GAJDOS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–127. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, LODGE NO. 1777 *v.* FANSTEEL, INC. C. A. 7th Cir. Certiorari denied.

No. 90–128. GREB ET AL. *v.* UNIVERSAL PICTURES, INC., ET AL. Super. Ct. Pa. Certiorari denied.

No. 90–129. KANE *v.* SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 90–130. AMERICAN MANUFACTURERS MUTUAL INSURANCE CO. ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–132. ZACHARKIEWICZ *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–133. SCHWARTZ ET AL. *v.* HARRISON ET AL. Ct. App. Md. Certiorari denied.

No. 90–135. PLEASANT, PERSONAL REPRESENTATIVE OF THE ESTATE OF PLEASANT, DECEASED *v.* ZAMIESKI. C. A. 6th Cir. Certiorari denied.

No. 90–136. FRAIGE ET AL. *v.* AMERICAN NATIONAL WATERMATTRESS CORP. C. A. Fed. Cir. Certiorari denied.

No. 90–137. TRANS PACIFIC BANCORP ET AL. *v.* SCHEY. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–138. BENNETT *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.